# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER BIRCHALL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| COUNTRYWIDE HOME LOANS, INC., | : | |
| a/k/a COUNTRYWIDE BANK, N.A., et al., | : | |
| Defendants. | : | No. 08-2447 |

# O R D E R

AND NOW, this 13th day of November 2010, upon consideration of the Defendant Countrywide's Motion to Dismiss the Plaintiff's Second Amended Complaint (Docket No. 21), and the Plaintiff Jennifer Birchall's Cross-Motion to Amend her Second Amended Complaint (Docket No. 25), it is hereby **ORDERED** that:

1. With regard to Counts I and II of the Second Amended Complaint, Countrywide's Motion to Dismiss is hereby **GRANTED** in full.

2. With regard to Count III of the Second Amended Complaint, Countrywide's Motion to Dismiss is hereby **GRANTED** in part and **DENIED** in part. The Motion is **granted** with regard to all of the Plaintiff's claims under the Pennsylvania Unfair Trade Practices Consumer Protection Law, 73 P.S. § 201-1, et seq., **excepting** her claim under the Law's "catchall" provision, 73 P.S. § 201-2(4)(xxi), with regard to which the Motion to Dismiss is **denied**.

3. Ms. Birchall's Cross-Motion to Amend is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE